# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> JASON KING | Case No: 2:06-CR-165 <br> USM No: 66973-061 |
| Date of Original Judgment: 4/4/2007 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Gordon Hobson, Esq. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  __96__  months **is reduced to**  __92 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  __4/4/2007__  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __3/1/2012__

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Algenon L. Marbley, United States District Court Judge
*Printed name and title*